UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
**JOHN GIAMPOLO, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
jgiampolo@sh-law.com

*Co-Counsel for Canara Bank, New York Branch and Union Bank of India (UK) Limited*

| | |
|---|---|
| In Re:<br><br>VERIA LIFESTYLE INC.<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No.: 26-21232 (CMG)<br><br>The Honorable Christine M. Gravelle<br><br>Hearing Date: October 27, 2026 at 1:00 p.m. |

**NOTICE OF CROSS MOTION SEEKING RELIEF FROM THE AUTOMATIC STAY OR DISMISSAL OF THE DEBTOR'S CHAPTER 11 CASE**

TO: ALL PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 27th day of October, 2026, at 1:00 p.m. or as soon thereafter as counsel may be heard, the undersigned, co-counsel for Canara Bank, New York Branch and Union Bank of India (UK) Limited (collectively, the "Banks"), shall move before the Honorable Christine M. Gravelle, United States Bankruptcy Judge, at the United States Bankruptcy Court, located at the Clarkson S. Fisher Courthouse, 402 East State Street, Trenton New Jersey 08608, for entry of an Order pursuant to Section 362(d) of the Bankruptcy Code granting the Banks relief from the automatic stay in order to proceed with a judicial foreclosure of the Debtor's real property, or alternatively, entry of an Order dismissing the

Debtor's Chapter 11 bankruptcy case due to a lack of proper authorization with respect thereto (the "Cross Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Cross Motion the undersigned shall rely on the accompanying Application which sets forth the relevant factual and legal bases upon which the relief requested should be granted. In accordance with D.N.J. LBR 9013-2, no separate brief is filed in support of the Cross Motion. A proposed Order granting the relief requested in the Cross Motion is also being submitted herewith.

PLEASE TAKE FURTHER NOTICE that the undersigned respectfully requests oral argument on the return date of the Cross Motion.

**SCARINCI HOLLENBECK, LLC**
*Co-Counsel for Canara Bank, New York Branch and Union Bank of India (UK) Limited*

Dated: October 20, 2026

By: */s/ David Edelberg*
David Edelberg

**SERVICE LIST**

| | |
|---|---|
| Rachel Wolf, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>(email: rachel.wolf@usdoj.gov) | Vincent J. Roldan, Esq.<br>Mandelbaum Salsburg PC<br>3 Becker Farm Road<br>Roseland, NJ 07068<br>(email: vroldan@mblawfirm.com)<br>*Attorneys for Debtor, Veria Lifestyle Inc. dba YO1 Wellness Resorts* |
| Timothy P. Duggan, Esq.<br>Stark & Stark, P.C.<br>100 American Metro Boulevard<br>Hamilton, NJ 08619<br>(email: tduggan@stark-stark.com)<br>*Attorneys for Natural Wellness UK Ltd.* | Marc J. Gross, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>1133 Westchester Avenue<br>White Plains, NY 10604<br>(email: marc.gross@wilsonelser.com)<br>*Attorneys for County of Sullivan Industrial Development Agency* |
| Jason D. Angelo, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>(email: jangelo@reedsmith.com)<br>*Attorneys for RBL Bank Limited* | Alexandra F. Neumann, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>99 Wood Avenue South<br>Iselin, New Jersey 08830<br>(email: aneumann@greenbaumlaw.com)<br>*Attorneys for New York State Electric & Gas Corporation* |